# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
ETAS ID: TM577894

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Love Child Labs, LLC | | 04/24/2020 | Limited Liability Company: DELAWARE |

## RECEIVING PARTY DATA

| Name: | Seriously Awesome Stuff, LLC |
|---|---|
| Street Address: | 703 Pier Avenue, Suite 234 |
| City: | Hermosa Beach |
| State/Country: | CALIFORNIA |
| Postal Code: | 90254 |
| Entity Type: | Limited Liability Company: CALIFORNIA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 88144473 | DAILY DOSE |

## CORRESPONDENCE DATA

Fax Number:  
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 5613158910 |
|---|---|
| Email: | Zach@millenniallaw.com |
| Correspondent Name: | Zachary Hyman |
| Address Line 1: | 2808 NE 26th Ct |
| Address Line 4: | Fort Lauderdale, FLORIDA 33306 |

| NAME OF SUBMITTER: | David Perez |
|---|---|
| SIGNATURE: | /s/ David Perez |
| DATE SIGNED: | 05/25/2020 |

Total Attachments: 5  
source=20200520_TRADEMARK ASSIGNMENT (002)#page1.tif  
source=20200520_TRADEMARK ASSIGNMENT (002)#page2.tif  
source=20200520_TRADEMARK ASSIGNMENT (002)#page3.tif  
source=20200520_TRADEMARK ASSIGNMENT (002)#page4.tif  
source=PTO-1594 (002)#page1.tif

OP $40.00 88144473

## TRADEMARK ASSIGNMENT

THIS TRADEMARK ASSIGNMENT AGREEMENT ("**Agreement**") is made and entered into as of April 24, 2020 ("**Effective Date**"), between

> **LOVE CHILD LABS, LLC**, a limited liability company duly organized and existing under the laws of the State of Delaware, having a principal address located at 2801 Centerville Rd 1st Floor, Wilmington, DE 19808 ("**ASSIGNOR**"),
>
> – AND –
>
> **SERIOUSLY AWESOME STUFF, LLC**, a corporation duly organized and existing under the laws of the State of California, having a principal address located at 703 PIER AVE STE B #234, HERMOSA BEACH CA 90254 ("**ASSIGNEE**").

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR and ASSIGNEE hereby agree as follows:

1. **Assignment and Transfer Of Intellectual Property.** ASSIGNOR hereby assigns and transfers to ASSIGNEE, its successors, assigns, and/or other legal representatives, all rights, title, goodwill, and interest, for the United States of America, its territories, dependencies and possessions, and in all countries, jurisdictions, and political entities foreign to the United States of America, in and to the following:

   a) All subject matter ("**SUBJECT MATTER**") disclosed in the trademark registration (the "**TRADEMARK**") listed on **Schedule A**, together with any and all goodwill associated with such business attached hereto;

   b) All applications for legal protection to be obtained for the SUBJECT MATTER, including the respective TRADEMARK, all applications claiming the benefit of priority from the respective TRADEMARK, applications in other countries, rights and all legal equivalents thereof;

   c) All legal protection to be obtained for the TRADEMARK, including any and all renewals and extensions thereof;

   d) Any and all causes of action and enforcement rights, including all rights to sue, counterclaim, and recover for any past, present, and future infringement of, or liabilities for, all legal protection to be obtained for the TRADEMARK;

   e) all rights of any kind whatsoever of Seller accruing under any of the foregoing provided by applicable law of any jurisdiction, by international treaties and conventions, and otherwise throughout the world;

   f) Any and all goodwill of the business associated with the TRADEMARK; and

   g) All rights to apply for and receive, in the name of ASSIGNEE, any and all legal protection for the TRADEMARK.

2. **Representations and Warranties.** ASSIGNOR hereby represents, warrants, and covenants that: (i) ASSIGNOR has the full right and ability to convey ASSIGNOR'S entire right, title, and interest herein conveyed, and that no assignment, sale, grant, mortgage, license or other agreement or encumbrance has been or will be made or entered into that would, or could, affect the rights, titles, and interests conveyed herein; and (ii) ASSIGNOR has obtained the required consent of all persons needed to carry out this Agreement.

3. **Further Assurances.** ASSIGNOR hereby agrees to do each of the following, when requested by ASSIGNEE, in order to carry out in good faith the intent and purpose of this assignment and to perfect ASSIGNEE's rights pursuant to this Agreement:

    a) Promptly execute and deliver to ASSIGNEE or its legal representative any and all application papers, oaths, assignments, powers of attorney, and other documents or instruments that ASSIGNEE may consider necessary or desirable in order to apply for, perfect, maintain, issue, and enforce all protections in and to the TRADEMARK, including assisting in the prosecution of all applications for legal protection that may be made;

    b) Cooperate with ASSIGNEE in every way possible in any interference, litigation, mediation, arbitration or other proceeding regarding the TRADEMARK, any applications for legal protection that includes the SUBJECT MATTER and/or TRADEMARK, or any legal protection for the SUBJECT MATTER and/or TRADEMARK, including, without limitation, promptly providing to ASSIGNEE all pertinent facts and documents that are known and accessible to ASSIGNOR relating to the SUBJECT MATTER and/or TRADEMARK, any applications for legal protection that includes the SUBJECT MATTER and/or TRADEMARK, or any legal protection for the SUBJECT MATTER and/or TRADEMARK, and testifying as to same in any proceeding; and

    c) Provide any successor, assign, or legal representative of ASSIGNEE with the benefits and assistance provided to ASSIGNEE hereunder.

4. **Power of Attorney.** ASSIGNOR hereby grants the firm of Millennial Law, Inc. with the authority and power to insert on this document any further information that may be necessary or desirable for the purposes of recordation in the United States Patent & Trademark Office or similar offices of any foreign country.

5. **Miscellaneous.**

    a) This Agreement represents the complete understanding between the parties and supersedes all prior negotiations, representations, guarantees, warranties, promises, statements, or agreements, whether oral or written, between the parties hereto with regard to the subject matter hereof.

    b) The headings of the Sections found in this Agreement are provided herein for convenience of reference only, and shall not be considered in construing their contents.

    c) This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same

## SCHEDULE A

Pursuant to the Assignment Agreement, dated April 24, 2020, to which this Schedule A is attached, ASSIGNOR hereby transfers and assigns to ASSIGNEE, its successors, assigns, or other legal representatives, all rights, titles, and interests in and to all subject matter disclosed in the following trademark, together with the goodwill of the business symbolized by the trademark:

- Word Mark – **DAILY DOSE**
    - USPTO Registration No. 5881321
    - USPTO International Registration No. 1505326
    - USPTO Serial No. 88144473

signature. Facsimile and other electronically transmitted signatures shall be binding upon receipt.

d) This Agreement shall be enforced in accordance with the laws of the State of Florida, without regard to conflict of law principles relating thereto.

**IN WITNESS WHEREOF**, ASSIGNOR has caused this Agreement to be duly executed as of the Effective Date set forth above.

**LOVE CHILD LABS, LLC**

Sign: _____

Name: David Perez, Managing Member

*I have authority to bind Assignor*

Form PTO-1594 (Rev. 6-12)
OMB Collection 0651-0027 (exp. 04/30/2018)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

## RECORDATION FORM COVER SHEET
# TRADEMARKS ONLY

To the Director of the U. S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies):**

LOVE CHILD LABS, LLC

- [ ] Individual(s)
- [ ] Association
- [ ] Partnership
- [ ] Limited Partnership
- [X] Corporation- State: Delaware
- [ ] Other

Citizenship (see guidelines) Delaware

Additional names of conveying parties attached? [ ] Yes [X] No

**2. Name and address of receiving party(ies)**

Additional names, addresses, or citizenship attached? [ ] Yes [X] No

Name: SERIOUSLY AWESOME STUFF, LLC
Street Address: 703 Pier Ave Ste B # 234
City: Hermosa Beach
State: California
Country: United States of America   Zip: 90254

- [ ] Individual(s) Citizenship
- [ ] Association Citizenship
- [ ] Partnership Citizenship
- [ ] Limited Partnership Citizenship
- [X] Corporation Citizenship California
- [ ] Other Citizenship

If assignee is not domiciled in the United States, a domestic representative designation is attached: [ ] Yes [ ] No
(Designations must be a separate document from assignment)

**3. Nature of conveyance/Execution Date(s):**

Execution Date(s) April 24, 2020

- [X] Assignment
- [ ] Merger
- [ ] Security Agreement
- [ ] Change of Name
- [ ] Other

**4. Application number(s) or registration number(s) and identification or description of the Trademark.**

| A. Trademark Application No.(s) | Text | B. Trademark Registration No.(s) |
|---|---|---|
| 88144473 | Daily Dose | 5881321, International Registration No. 1505326 |

Additional sheet(s) attached? [X] Yes [ ] No

C. Identification or Description of Trademark(s) (and Filing Date if Application or Registration Number is unknown):

Daily Dose, Hair Care Preparations, Filing Date: October 8, 2019

**5. Name & address of party to whom correspondence concerning document should be mailed:**
Name: Zachary
Internal Address: 1401 E. Broward Blvd Suite 300
Street Address:
City: Fort Lauderdale
State: Florida   Zip: 33301
Phone Number: 954-271-2719
Docket Number:
Email Address: Zach@millenniallaw.com

**6. Total number of applications and registrations involved:** 1

**7. Total fee (37 CFR 2.6(b)(6) & 3.41)** $100

- [ ] Authorized to be charged to deposit account
- [X] Enclosed

**8. Payment Information:**

Deposit Account Number
Authorized User Name

**9. Signature:** _(signature)_   5/20/2020
Signature   Date

Name of Person Signing

Total number of pages including cover sheet, attachments, and document:

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Branch, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450